# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO ZALAZAR, JR., | Case No. EDCV 10-00101-DTB |
| Plaintiff, | |
| vs. | **J U D G M E N T** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Order Affirming Decision of Commissioner filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: June 1, 2011

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

1